# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

AYMAN F. SOLIMAN,

        Plaintiff,           :      Case No. 1:25-cv-556

    - vs -                     District Judge Jeffery P. Hopkins
                          Magistrate Judge Michael R. Merz

KRISTI NOEM, et al.,

                          :

        Defendants.

---

## NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE PLENARY JURISDICTION

---

Upon the unanimous consent of the parties to a case, a Magistrate Judge who has been so designated by the District Court is authorized to exercise the full jurisdiction of the District Court, as provided in 28 U.S.C. § 636(c). The docket does not indicate whether the Clerk advised the parties of this possibility at the time the case was filed in this Court, but § 636(c)(2) authorizes the assigned Magistrate Judge to give this advice. The parties are accordingly advised that the undersigned has been designated by the District Judges of this Court to exercise plenary jurisdiction upon consent. See S. D. Ohio Civ. R. 72.1.

The parties are requested to consider consent under 28 U.S.C. § 636(c) and to communicate their decision to Courtroom Deputy Kelly Kopf not later than August 21, 2025, by telephone at 937-512-1551. The Clerk will maintain those communications in confidence unless and until consent is unanimous. The parties are advised that withholding consent will have no adverse

1

substantive consequences.   However, consent can have procedural advantages for the parties because the caseloads of Magistrate Judges, and particularly of those recalled Magistrate Judges, are considerably less crowded than those of District Judges.

August 7, 2025.

s/ *Michael R. Merz*
United States Magistrate Judge
