IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AYMAN SOLIMAN, | :<br>: |
| *Plaintiff*, | : Case No. 1:25-cv-556<br>: |
| v. | : Judge Jeffery P. Hopkins<br>: |
| TODD M. LYONS, *et al.*, | :<br>: |
| *Defendants*. | :<br>: |

## TEMPORARY RESTRAINING ORDER

Ayman Soliman, currently in the custody of U.S. Immigration and Customs Enforcement at the Butler County Jail, filed a petition for writ of habeas corpus on August 7, 2025 seeking immediate release from detention. Doc. 7.[1]

Having considered the four factors relevant to determining whether preliminary injunctive relief is warranted, *see City of Pontiac Retired Employees Ass'n v. Schimmel*, 751 F.3d 427, 430 (6th Cir. 2014),[2] the Court hereby **ORDERS** that Defendants shall neither remove Mr. Soliman from the jurisdiction of this Court[3] nor allow him to be removed from the jurisdiction of this Court until such time as the Court orders otherwise or this order expires.[4]

---

[1] Prior to the instant habeas petition, Mr. Soliman filed an action in this Court under the Administrative Procedures Act, challenging revocation by the Department of Homeland Security (DHS) of his asylum status. *See Soliman v. Edlow et al.*, Case No. 1:25-cv-510. Concurrently with proceedings in this Court, Mr. Soliman is contesting in administrative proceedings his eligibility for asylum.

[2] This Order is issued to preserve the status quo and to allow adjudication of Plaintiff's petition for a writ of habeas corpus.

[3] The geographic boundaries of the Southern District of Ohio.

[4] This Order applies with equal force to any individual, group, or entity working in concert with or on behalf of Defendants.

This Order will expire fourteen days from this day, on August 27, 2025, unless extended by further order of this Court. *See* Fed. R. Civ. P. 65(b). Further, this temporary restraining order will require no bond.

Mr. Soliman's separate requests for relief remain under advisement. The Court will set this matter for a telephone status conference by separate order.

**IT IS SO ORDERED.**

August 13, 2025

Jeffery P. Hopkins
United States District Judge