IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AYMAN SOLIMAN, | : |
| *Plaintiff*, | : Case No. 1:25-cv-556 |
| v. | : Judge Jeffery P. Hopkins |
| TODD M. LYONS, *et al.*, | : |
| *Defendants.* | : |

# ORDER

Ayman Soliman, currently in the custody of U.S. Immigration and Customs Enforcement at the Butler County Jail, filed the instant petition for writ of habeas corpus on August 7, 2025. Doc. 7. The Court held a telephone status conference with all parties on August 21, 2025.

To effectuate adjudication of this matter, the Court hereby **ORDERS** as follows:

1. The Clerk of this court shall serve a copy of the petition upon all Respondents, and the United States Attorney for the Southern District of Ohio. Responses to the petition will be due September 4, 2025, as stated in the August 21, 2025 conference.

2. Respondents <u>shall neither remove Mr. Soliman from the jurisdiction of this Court</u>[1] <u>nor allow him to be removed from the jurisdiction of this Court until such time as the Court orders otherwise or this Order expires</u>.[2] This Order applies with equal force

---

[1] The geographic boundaries of the Southern District of Ohio.

[2] In the Court's August 21, 2025 conference, counsel for the federal government Respondents represented that they would not file in opposition to an order requiring that Petitioner not be removed from the jurisdiction of this Court.

to any individual, group, or entity working in concert with or on behalf of Respondents.

**IT IS SO ORDERED.**

August 26, 2025

Jeffery P. Hopkins
United States District Judge